IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED GROUP SERVICES, INC., | |
|---|---|
| Plaintiff, | 4:15-CV-3144 |
| vs. | ORDER |
| DUONIX BEATRICE, LP, et al., | |
| Defendants. | |

This matter is before the Court on the plaintiff's motion to dismiss defendant Maxim Crane Works LP as a party to the litigation without prejudice (filing 38). The motion will be granted.

IT IS ORDERED:

1. The motion to dismiss defendant Maxim Crane Works LP as a party to the litigation without prejudice (filing 38) is granted.

2. The claims asserted between the plaintiff and Maxim Crane Works LP are dismissed without prejudice.

3. The parties shall bear their own costs and fees with respect to those claims.

4. Maxim Crane Works LP is terminated as a party to this case.

Dated this 9th day of March, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge