IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED GROUP SERVICES, INC., an Ohio Corporation;<br><br>    Plaintiff,<br><br>  vs.<br><br>DUONIX BEATRICE, LP, a Delaware limited partnership; et. al;<br><br>    Defendants. | **4:15CV3144**<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw filed by Ben T. Friesen as counsel of record for Defendant Duonix Beatrice, LP, (filing no. 67), is granted.

May 10, 2016.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge