IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED GROUP SERVICES, INC., an Ohio Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>DUONIX BEATRICE, LP, et al.,<br><br>               Defendants. | 4:15-CV-3144<br><br>ORDER |

      This matter is before the Court on the parties' Joint Motion for Order of Partial Dismissal (filing 80), voluntarily dismissing all claims, counterclaims, and crossclaims by and between the following parties: United Group Services, Inc.; Duonix Beatrice, LP; Flint Hills Resources Beatrice, LLC; Custom Service Crane Co., Inc.; Garney Companies, Inc.; Schimberg Co.; and United Labor Group, LLC. The aforementioned parties also seek voluntary dismissal of all claims asserted against United Rentals (North America) Inc. The motion will be granted.

      IT IS ORDERED:

    1.    The parties' Joint Motion for Order of Partial Dismissal (filing 80) is granted.

    2.    The claims, counterclaims and crossclaims asserted by and between United Group Services, Inc., Duonix Beatrice, Flint Hills Resources Beatrice, LLC, Custom Service Crane Co., Inc., Garney Companies, Inc., Schimberg Co., and United Labor Group, LLC, and all claims asserted against United Rentals (North America) Inc., are dismissed with prejudice, with each of those parties to bear its own attorney's fees with respect to those claims.

    3.    Duonix Beatrice, Flint Hills Resources Beatrice, LLC, Custom Service Crane Co., Inc., Garney Companies, Inc., Schimberg Co., and United Labor Group, LLC, and United Rentals (North America) Inc., are dismissed as parties.

- 2 -

Dated this 23nd day of August, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge